749 A.2d 909

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Jose Antonio MARRERO, Appellant.**

Supreme Court of Pennsylvania.

April 10, 2000.

### *ORDER*

PER CURIAM:

**AND NOW,** this 10th day of April, 2000, Appellant's application pursuant to Rule 2501(a) of the Pennsylvania Rules of Appellate Procedure to file a post-submission communication is denied.

Appellant's "Motion for Reargument and Motion to Compel Decision" and "Motion for Leave to File a Short Reply to the Commonwealth's Answer to Appellant's Motion for Reargument" are denied. Appellant's Request for Stay of Execution pending disposition of said motions is also denied.